To:  U.S. District Court
     District of Delaware
     Judge Sue L. Robinson (SLR)

From: Petitioner Robert W. Warrington
      SBI# 00442182
      Delaware Correctional Center
      1181 Paddock Rd.
      Smyrna, DE 19977

Warrington v. Carroll et al   SLR
Case Number   1:06-cv-67



FILED
FEB 22 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date: 2/18/06

RE: An amendment in brief form, further explaining the claims already put forth.

This letter is written to inform the Court of the petitioner's forthcoming amendment to the already filed writ of habeas corpus. The amendment will be in the form of a concise brief stating specific facts supporting the petitioner's claim. The brief was not included with the original writ due to the time constraint contained in 28 U.S.C. § 2244(d), as well as the limited access that the petitioner has to the Law Library. As the petitioner understands the Federal Court Habeas Corpus Rules Section 2254 Rule 11, Federal Court Civil Rules apply to the extent that they are not inconsistent with any statutory provisions or Federal Court Habeas Corpus Rules. Civil Rule 15 allows for an amendment before a responsive pleading is served. The petitioner requests that judgement or dismissal be reserved until the brief has been reviewed. It will be photocopied and mailed on 2/22/06. Thank you for your time and consideration.

I/M Robert W. Warrington
SBI# 00442182  UNIT  V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 198, PM 21 FEB 2006]

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570