To: Clerk of the U.S. District Court

From: Robert W. Warrington
SBI# 00442182
DCC
1181 Paddock Rd.
Smyrna, DE 19977

Date: 2/22/06
RE: An amendment to the record in memorandum form



The memorandum herein contains no new claims, but rather, it further explains the claims already put forth.

The petitioner thanks you for your time.

*Robert W. Warrington*
2/22/06

I/M Robert W. Warrington
SBI# 00442182 UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

Legal Mail