To: Office of the Clerk
    United States District Court

From: Robert W. Warrington

RE: AEDPA Election From
    and
    Consent Form

Date: 3-9-06

Civil Action No.: 06-067-SLR



FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In regards to the election form, I have checked the box indicating that I wish to proceed with the petition currently pending, under the assumption that the record includes the original petition form, and the memorandum sent February 22, 2006, which further explained the claims, but included no new claims.

Also, I am returning the consent form under the assumption that I am the only party involved, as the Defendant is acting under color of law, an extension of the State. If I am incorrect, I apologize for the inconvenience.

Thank You.

Robert W. Warrington





I/M Robert W. Warrington
SBI# 00442182   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE   19801-3570

19801+3570