United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06-67 SLR_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

06-67-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Beatrice Ong_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Beatrice Ong    3/29/06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0004 3169 5070

PS Form 3811, February 2004    Domestic Return Receipt    M-1540