# U.S. District Court
# District of Delaware

Robert W. Warrington
v.
Carroll et al

Case Number: 1:06-CV-67 (SLR)

FILED
JUL -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

## MOTION FOR PERMISSION TO REPLY

Comes Now the petitioner, Robert "Wes" Warrington, pro se, moves this Honorable Court to grant permission to the petitioner to reply to the respondent's answer for the following reasons:

1. The respondent has made numerous clerical errors, i.e. Petitioner and co-defendant's names switched in key elements, Dates wrong. These errors, while seemingly small, are in reality great in the sense of the enormity of the consequences: continued Civil Death for the petitioner and his brother.

2. The petitioner's reply will be short and will only address those points in which the respondant has erred in either fact or opinion.

3. The petitioner's reply will in no way be an attempt to "sand-bag" or restate what has already been put before this Honorable Court.

Therefore, petitioner requests permission from the Honorable Court to reply to the respondent's answer.

Dated: July 5, 2006

Robert W. Warrington, pro se
DCC
1181 Paddock Rd.
Smyrna, DE 19977

# Certificate of Service

I, **Robert W. Warrington**, hereby certify that I have served a true And correct cop(ies) of the attached: **Motion For Permission to Reply** _____ upon the following parties/person (s):

TO: **Office of the Clerk**
**United States District Court**
**844 N. King Street, Lockbox 18**
**Wilmington, DE 19801-3570**

TO: **Elizabeth R. McFarlan**
**Deputy Attorney General**
**Department of Justice**
**820 N. French Street**
**Wilmington, DE 19801**

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **5** day of **July**, 200**6**

_____
*Robert W. Warrington*

I/M Robert W. Warrington
SBI# 00442182   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
       19801-3570



19801+3570-99 C012