To: Office of the Clerk

From: I/m Robert W. Warrington
SBI# 00442185
DCC
1181 Paddock Rd.
Smyrna, DE 19977

RE: The previously sent Motion

Dated: 7/19/06

Case Number: 1:06-CV-67

(SLR)



FILED

JUL 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

On July 5th, 2006 a motion requesting permission to reply to the response put forth by Carroll et al (Copy of motion included within) was mailed through the DCC prison mail service. It has been two weeks and no response has been forthcoming. The reliability of the mail service here leaves much to be desired, so some notification of whether the motion was recieved would be greatly appreciated.

I have combed the Rules and Procedures, and searched for precedent, and at most it implies that a reply or traverse may be ordered, which is why I am leary of mailing said traverse unless it will →

be well recieved. Thank you for your time.

*Robert W. Warrington*
Robert W. Warrington

I/M Robert W. Warrington
SBI# 00442182 UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 JUL 2006 PM 1 T

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

Legal Mail

U.S. District Court

District of Delaware

Robert W. Warrington

v.

Carroll et al

Case Number: 1:06-CV-67 (SLR)

# MOTION FOR PERMISSION TO REPLY

Comes Now the petitioner, Robert "Wes" Warrington, pro se, moves this Honorable Court to grant permission to the petitioner to reply to the respondent's answer for the following reasons:

1. The respondent has made numerous clerical errors, i.e. Petitioner and co-defendant's names switched in key elements, Dates wrong. These errors, while seemingly small, are in reality great in the sense of the enormity of the consequences: continued Civil Death for the petitioner and his brother.

2. The petitioner's reply will be short and will only address those points in which the respondent has erred in either fact or opinion.

3. The petitioner's reply will in no way be an attempt to "sand-bag" or restate what has already been put before this Honorable Court.

Therefore, petitioner requests **permission** from the Honorable Court to reply to the respondent's answer.

Dated: July 5, 2006

*Robert W. Warrington*
Robert W. Warrington, pro se
DCC
1181 Paddock Rd.
Smyrna, DE 19977

## Certificate of Service

I, _Robert W. Warrington_, hereby certify that I have served a true
And correct cop(ies) of the attached: _Motion For Permission to Reply_
_____ upon the following
parties/person (s):

TO: _(2) Original Copy mailed July 5th, 2006 to Office of the Clerk_

TO: _(1) Original Copy mailed July 5th, 2006 to Elizabeth McFarlan_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __5__ day of __July__, 200_6_

_____