To: The Honorable Judge Gregory M. Sleet
From: Robert W. Warrington, pro se          (GMS)
RE: Case Reassignment
Date: 9/20/2006

Warrington v. Carroll et al
1:06-cv-67

I have been notified of the above mentioned case reassignment, as I am sure you have been as well. I welcome any questions that you may have in regards to this case, and I would like to request that an evidentiary hearing be granted. The gravity of the case, combined with the fact that if the errors of constitutional dimension are not redressed the powers of those acting under the color of law will be fundamentaly altered, lends enough weight, I hope, to overcome the fact that I have already recieved a hearing of this sort at a lower level.

Thank you for your time and I look forward to reading your decision on this matter.

Respectfully,

Robert W. Warrington
SBI# 00442182
DCC
1181 Paddock Rd.
Smyrna, DE 19977

Scanned-

FILED
SEP 25 2006
U.S. DISTRICT COURT

I/M Robert W. Warrington
SBI# 00442182  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 SEP 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

Legal Mail