IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Robert W. Warrington**<br>Plaintiff | )<br>)<br>)<br>) | Civil Action No. **1:06-cv-67**<br>**(GMS)** |
| V. | )<br>)<br>)<br>) | |
| **Elizabeth E. Burris**, et.al.<br>Defendants | )<br>)<br>)<br>)<br>) | |

## NOTICE OF SUBSTITUTION OF PARTIES

**Comes Now the Plaintiff,** Robert W. Warrington, who gives notice by the Federal Civil Rule 25(d) of the substitution of parties:

1. Defendant Thomas Carroll, Warden of the Delaware Correctional Center, having been promoted to the position of Deputy Commissioner of the Department of Corrections, on or about September 5, 2007, is to be substituted *in his official capacity* with Elizabeth E Burris, Acting Warden of the Delaware Correctional Center.

Date: September 26, 2007

Robert W. Warrington
SBI# 442192
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Robert W. Warrington** <br> Plaintiff | ) ) ) ) ) | Civil Action No. **1:06-cv-67** <br> **(GMS)** |
| V. | ) ) ) ) | |
| **Elizabeth E. Burris**, et.al. <br> Defendants | ) ) ) ) ) | |

## ORDER

**IT IS HEREBY ORDERED,** this _____ day of _____, 200\_\_,
That Elizabeth E. Burris is named substituted party for Thomas Carroll in her official capacity as Acting Warden for the Delaware Correctional Center.

It is further ordered that:

_____
_____
_____
_____
_____

_____
Judge

Certificate of Service

I, **Robert W. Warrington**, hereby certify that I have served a true and correct copy of the attached **Notice of Substitution of Parties** upon the following:

To: Elizabeth R. McFarlan
Deputy Attorney General
Dept. of Justice
820 N. French Street
Wilmington, DE 19801

**BY PLACING THE SAME IN A SEALED ENVELOPE,** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 26 day of September, 2007

Robert W. Warrington, Plaintiff
SBI# 442182
1181 Paddock Road
Smyrna, DE 19977

IM Robert W. Warrington
SBI# 442182  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
28 SEP 2007 PM 1 L



Office of the Clerk
United States District Court
844 North King Street Lockbox 18
Wilmington, DE
19801-3570

19801+3570