Robert W. Warrington
SBI# 442182
JTVCC
1181 Paddock Rd.
Smyrna, DE 19977

July 23, 2008

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570



I am writing to request information regarding the status of Case Number 1:06-CV-67 (GMS). It has been a very long time since I last heard from the court, and I am worried that a decision was made without my knowledge. Thank you for your time.

Respectfully,

Robert W. Warrington

